MR QR
FILED
3/19/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

MIGUEL RUDDY (#2016-0111193)

PLAINTIFF,

CASE NO. 22-CV-07183

V.

JUDGE JOHN F. KNESS

SUP'T COBBLE, SUP'T ROCCO, SUP'T MARTINEZ
SUP'T IRACHETA

DEFENDENTS,

## ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION

UPON THE COMPLAINT, THE SUPPORTING AFFIDAVITS OF PLAINTIFF, & THE MEMORANDUM OF LAW SUBMITTED HEREWITH, IT IS:

ORDERED THAT DEFENDENTS MATHEW COBBLE & LEONARD ROCCO SHOW CAUSE IN JUDGE M. DAVID WEISMAN'S COURTROOM OF THE UNITED STATES COURTHOUSE, 219 S. DEARBORN STREET CHICAGO, IL 60604 ON THE 31ST OF MARCH, 2025 AT 9:00 AM, WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PURSUANT TO RULE 65(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE ENJOINING THE DEFENDENTS, THEIR SUCCESSORS IN OFFICE, AGENTS & EMPLOYEES & ALL OTHER PERSONS ACTING IN CONCERT & PARTICIPATION WITH THEM, FROM:

1

1. PROVIDE WEEKLY POWERWASHING TO BATHROOM/SHOWER AREAS IN ALL LIVING UNITS IN DIVISION 9 CCDOC. (NOTE: THE POWER WASH CREW IS BASED OF A MULTIPLE MAN CREW THAT USE ADVANCE EQUIPMENT TO CLEAN WHICH IS HIGHLY NEEDED SINCE IIC'S AS TIER WORKERS CANNOT COMPLETE THIS TASK.) REFER TO ATTACHMENT A/GRIEVANCES #202301179, #2023-09641

2. PROVIDE SOAP &/OR HAND SANITIZER TO ALL IIC'S SO THEY CAN FREQUENTLY CLEAN THEIR HANDS. (NOTE: THIS WAS ENFORCED MORE DURING THE COVID-19 PANDEMIC BUT SINCE THE IMMUNITY OF THE DISEASE CCDOC STOPPED THIS DAILY ROUTINE.)

3. PROVIDE LINEN EXCHANGE ONCE A WEEK AS REQUIRED IN THE INDIVIDUAL IN CUSTODY HANDBOOK 6TH EDITION. (NOTE: CCDOC IS USING DETERRING BEHAVIOR AS THEY ARE PROVIDING THE SERVICES OF PICK-UP INSTEAD SINCE THEY ARE USING IT AS A TACTIC FOR "IDLENESS" WHICH THERES MORE PRODUCTIVITY WHEN THEY COME WITH CARTS WITH LINENS FOR EXCHANGE MAKING MORE IIC'S CHOOSE THE SERVICE AS COLLECTING LINENS FOR WASH LEAVES IIC'S EXPOSED FOR HOURS TO CONTAMINATED MATTRESSES & COLD TEMPERATURES SOMETIMES GOING DAYS WITHOUT BRINGING THE SHEETS MAKING IIC'S REFUSE THE SERVICE. ALSO THESE LINENS ARE OF LOW QUALITY USING MATERIALS 55% & 45% POLYESTER WHICH OVER TIME GET WORNED OUT & EVENTUALLY NEED TO BE EXCHANGED WITH NEW LINENS.) REFER TO ATTACHMENT A/GRIEVANCES #202400657, #202402369, #202412587 & REFER TO ATTACHMENT C/LIST OF DATES FROM 03-16-23 TO 08-24-24.

4. PROVIDE PICK-UP LAUNDRY FOR COMMISSARY CLOTHING ITEMS ON THE WEEKLY BASIS FOR BOXERS, T-SHIRTS, THERMAL SETS, SOCKS, TOWELS & WASH TOWELS. (NOTE: IIC'S ARE NOT ALLOWED TO WASH THEIR OWN CLOTHES AS STATED IN THE IIC HANDBOOK 6TH EDITION. THESE SERVICES SEEM TO BE ONLY PROVIDED WHEN IIC'S REQUEST OR COMPLAIN WITH GRIEVANCES

FOR THE LACK OF SERVICES.) REFER TO ATTACHMENT A/GRIEVANCES #202303609, #2023-16513, #202400270, #202407618 & REFER TO ATTACHMENT B/TABLE FOR LAUNDRY(CLOTHIN WITH LIST OF DATES FROM 03-18-23 TO PRESENT.

5. PROVIDE CLEANING SUPPLIES THAT ARE TIMELY REPLACED BEFORE THEY ARE COMPLETLY WORNED OUT SUCH AS SPRAY BOTTLES, BUCKETS, MOPS, DUST PANS, BROOMS, PUSH BROOMS, SQUEE-GEES, HAND BRUSHES & INDUSTRIAL TOWELS. (NOTE: IIC'S ARE USING THEIR OWN CLOTHS SUCH AS TORN APART T-SHIRTS & TOWELS FOR CLEANING & WIPING SURFACES.)

6. PROVIDE THE NAIL CLIPPERS AS AN OBLIGATORY HYGIENIC TOOL BY ~~~~ SUBMITTING A IIC REQUEST FORM, HEALTHCARE REQUEST FORM & WHEN BARBER SERVICES ARE PROVIDE TO THE LIVING UNITS IN DIVISION 9 CCDOC. (NOTE: THE NAIL CLIPPERS ARE ONLY AVAILABLE WHEN BARBER SERVICES ARRIVE TO THE TIERS.) REFER TO ATTACHMENT A/GRIEVANCES# 202302316, #202305354, #202309640, #202401953, #202407617, #202412254 & REFER TO ATTACHMENT B/TABLE FOR BARBERSHOP WITH LIST OF DATES FROM 03-27-23 TO 11-19-23 WHICH I STARTED TO USE A ASTERISK AS A SYMBOL TO INDICATE "NO NAIL CLIPPERS PROVIDED" & FROM THAT DATE UNTIL PRESENT I USE THAT FORMAT.

7. CREATE A POLICY FOR IIC'S IN CCDOC TO BE PROVIDED BASIC EDUCATIONAL MATERIALS RELATING TO DISEASE PREVENTION, GOOD HEALTH, HYGIENE & PROPER USAGE OF MEDI-CATION.

8. CREATE A POLICY THAT A CORRECTIONAL AGENCY SUCH AS CCDOC SHOULD ENSURE EACH IIC'S CONTINUITY OF CARE, INCLUDING WITH RESPECT TO MEDICATION, UPON ENTRY INTO THE CORRECTIONAL SYSTEM, DURING CONFINEMENT & TRANSPORTATION, DURING & AFTER TRANSFER BETWEEN FACILITIES, & UPON RELEASE A IIC'S HEALTHCARE RECORDS &

MEDICATION SHOULD TRAVEL WITH THE IIC IN THE EVENT OF A TRANSFER BETWEEN FACILITIES, INCLUDING FACILITIES OPERATED BY DIFFERENT AGENCIES.

9. CREATE A POLICY FOR THE ~~CORRECTION~~ CORRECTIONAL HEALTH CARE SYSTEM IN CCDOC TO INCLUDE AN ONGOING EVALUATION PROCESS TO ASSESS & IMPROVE THE HEALTHCARE PROVIDED TO IIC'S & TO ENABLE HEALTHCARE STAFF TO INSTITUTE CORRECTIVE CARE OR OTHER ACTIONS AS NEEDED. THE EVALUATION PROCESS SHOULD INCLUDE MECHANISMS BY WHICH IIC'S CAN PROVIDE BOTH POSITIVE & NEGATIVE COMMENTS ABOUT THEIR CARE.

10. CREATE A POLICY IN THE FIELD OF HEALTHCARE IN CCDOC FOR IIC'S THAT ARE DIAGNOSED WITH IDENTIFIABLE SKIN CONDITIONS TO BE PHOTOGRAPHED ALONG WITH NOTES DRAWN FROM OBSERVING THE CHARACTERISTICS OF THE AFFECTED AREA & THEN STORED IN THEIR MEDICAL DATABASE FOR ANALYSIS & RESEARCH GIVING HEALTH PROFESSIONALS AN UNDERLYING SCHEME THAT GOVERNS FUNCTIONING, DEVELOPING OR UNFOLDING OF THE DISEASE ASSISTING IN FUTURE PREVENTION.

11. CREATE A POLICY WHERE IN THE SUBMISSIONS OF HEALTHCARE REQUEST FORMS BY IIC'S THERE'S IMPROVED STATISTICAL MANAGEMENT AS OF PUTTING MORE INTEREST IN IIC'S THAT HAVE OR HAD MEDICAL HISTORY WITH CONDITIONS THAT ARE MORE SERIOUS & HABITUAL. (NOTE: THERE'S HUNDREDS OF HEALTHCARE REQUEST FORMS SUBMITTED DAILY BY IIC'S MAKING THIS SYSTEM OVERLOADED & IMPOSSIBLE TO TREAT EVERY INDIVIDUAL WITH MEDICAL CARE IN A TIMELY MANNER WHICH SOMETIMES THE R/N'S GO DAYS WITHOUT SORTING OF & ALLOCATING TREATMENT OR NEVER SEEING THE IIC UNTIL A RE-SUBMISSION OF A HCR FORM IS DONE.) REFER TO ATTACHMENT A/GRIEVANCE #~~202312777~~, #~~202316951~~, #~~202405258~~, #~~202410722~~.

MIGUEL RUDDY  RESPECTFULLY SUBMITTED,
#2016-0111193
2700 S. CALIFORNIA  *Miguel Ruddy*
CHICAGO, IL 60608  01-30-25

[Notary Seal: JEREMY LAMAR OGBONNA, OFFICIAL SEAL, Notary Public - State of Illinois, Commission No. 985517, My Commission Expires January 16, 2028]

*J. Ogbonna*
1/30/2025

## CERTIFICATE OF SERVICE

I, MIGUEL RUDDY, HEREBY CERTIFY THAT I HAVE CAUSED TRUE & CORRECT COPIES OF THE ABOVE & FOREGOING TO BE SERVED ON DEFENDANTS ON MARCH 12, 2025 VIA FIRST CLASS U.S MAILING TO THE ADDRESS BELOW:

MARK KUMMERER
ASSISTANT STATE'S ATTORNEY
500 RICHARD J. DALEY CENTER
CHICAGO, IL 60602
mark.kummerer@cookcountysao.org
(312) 603-5439

*Miguel Ruddy*
MIGUEL RUDDY

03-12-25

6

List of Grievances by CL Received from 1/1/2023 to 1/10/2025

| CL Received Date | Row # | CL Name | Place Of Incident | Grievance Code Issue | IIC Name | IIC Booking # | IIC Received Response Date | Grievance Appealed | Grievance # |
|---|---|---|---|---|---|---|---|---|---|
| 1/12/2023 | 1 | JEWELL, ROBERT | Division 9 | 153 - Laundry (uniforms) | Ruddy, Miguel | 20160111193 | 2/1/2023 | Yes | 202300483 |
| 1/18/2023 | 2 | JEWELL, ROBERT | Division 9 | 300 - Recreation | Ruddy, Miguel | 20160111193 | 2/10/2023 | Yes | 202300752 |
| 1/25/2023 | 3 | JEWELL, ROBERT | Division 9 | 174 - Living Conditions (mold/fungus) | Ruddy, Miguel | 20160111193 | 2/10/2023 | Yes | 202301179 |
| 2/3/2023 | 4 | JEWELL, ROBERT | Division 9 | 040 - Commissary Refund - Entire Order | Ruddy, Miguel | 20160111193 | 2/27/2023 | No | 202301719 |
| 2/9/2023 | 5 | JEWELL, ROBERT | Division 9 | 280 - Property | Ruddy, Miguel | 20160111193 | 3/8/2023 | Yes | 202302041 |
| 2/15/2023 | 6 | JEWELL, ROBERT | Division 9 | 020 - Barbershop Beauty Shop | Ruddy, Miguel | 20160111193 | 3/8/2023 | Yes | 202302316 |
| 3/8/2023 | 7 | VANELLIS, JANAI | Division 9 | 151 - Laundry (personal items) | Ruddy, Miguel | 20160111193 | 3/29/2023 | Yes | 202303609 |
| 3/22/2023 | 8 | VANELLIS, JANAI | Division 9 | 040 - Commissary Refund - Entire Order | Ruddy, Miguel | 20160111193 | 4/18/2023 | No | 202304582 |
| 3/30/2023 | 9 | VANELLIS, JANAI | Division 9 | 020 - Barbershop Beauty Shop | Ruddy, Miguel | 20160111193 | 4/28/2023 | Yes | 202305354 |
| 3/30/2023 | 10 | VANELLIS, JANAI | Division 9 | 040 - Commissary Refund - Entire Order | Ruddy, Miguel | 20160111193 | 4/18/2023 | No | 202305352 |
| 5/17/2023 | 11 | VANELLIS, JANAI | Division 9 | 073 - Facility Repair (electrical) | Ruddy, Miguel | 20160111193 | 6/6/2023 | Yes | 202308346 |
| 6/1/2023 | 12 | MITCHELL, MELISSA | Division 9 | 140 - IIC Shoes | Ruddy, Miguel | 20160111193 | 6/14/2023 | Yes | 202309259 |

List of Grievances by CL Received from 1/1/2023 to 1/10/2025

| CL Received Date | Row # | CL Name | Place Of Incident | Grievance Code Issue | IIC Name | IIC Booking # | IIC Received Response Date | Grievance Appealed | Grievance # |
|---|---|---|---|---|---|---|---|---|---|
| 6/9/2023 | 13 | VANELLIS, JANAI | Division 9 | 020 - Barbershop Beauty Shop | Ruddy, Miguel | 20160111193 | 6/27/2023 | Yes | 202309640 |
| 6/9/2023 | 14 | VANELLIS, JANAI | Division 9 | 174 - Living Conditions (mold/fungus) | Ruddy, Miguel | 20160111193 | 6/27/2023 | Yes | 202309641 |
| 7/19/2023 | 15 | VANELLIS, JANAI | Null | 430 - The grieved issue is a repeat submission of a grievance that previously received a response and was appealed. | Ruddy, Miguel | 20160111193 | Null | No | NC202302325 |
| 7/31/2023 | 16 | VANELLIS, JANAI | Division 9 | 040 - Commissary Refund - Entire Order | Ruddy, Miguel | 20160111193 | 8/8/2023 | No | 202312217 |
| 7/31/2023 | 17 | VANELLIS, JANAI | Division 9 | 153 - Laundry (uniforms) | Ruddy, Miguel | 20160111193 | 8/17/2023 | Yes | 202312216 |
| 8/9/2023 | 18 | VANELLIS, JANAI | Division 9 | 200 - Medical Treatment | Ruddy, Miguel | 20160111193 | 9/12/2023 | Yes | 202312777 |
| 8/25/2023 | 19 | VANELLIS, JANAI | Division 9 | 346 – Tablet (Functionality) | Ruddy, Miguel | 20160111193 | 9/13/2023 | No | 202313659 |
| 10/23/2023 | 20 | VANELLIS, JANAI | Null | 410 - The grieved issue did not occur within the last 15 calendar days nor is it an allegation of sexual assault, harassment, voyeurism. | Ruddy, Miguel | 20160111193 | Null | No | NC202303865 |
| 10/23/2023 | 21 | VANELLIS, JANAI | Division 9 | 151 - Laundry (personal items) | Ruddy, Miguel | 20160111193 | 11/22/2023 | Yes | 202316513 |
| 10/31/2023 | 22 | VANELLIS, JANAI | Division 9 | 200 - Medical Treatment | Ruddy, Miguel | 20160111193 | 11/22/2023 | Yes | 202316951 |
| 1/5/2024 | 23 | VANELLIS, JANAI | Division 9 | 151 - Laundry (personal items) | Ruddy, Miguel | 20160111193 | 1/25/2024 | Yes | 202400270 |
| 1/17/2024 | 24 | VANELLIS, JANAI | Division 9 | 152 - Laundry (bedding/blankets) | Ruddy, Miguel | 20160111193 | 2/7/2024 | Yes | 202400657 |

List of Grievances by CL Received from 1/1/2023 to 1/10/2025

| CL Received Date | Row # | CL Name | Place Of Incident | Grievance Code Issue | IIC Name | IIC Booking # | IIC Received Response Date | Grievance Appealed | Grievance # |
|---|---|---|---|---|---|---|---|---|---|
| 1/23/2024 | 25 | WILLIAMS, ALEXIA | Null | 470 - The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc | Ruddy, Miguel | 20160111193 | Null | No | NC202400271 |
| 2/15/2024 | 26 | VANELLIS, JANAI | Division 9 | 103 - Hygiene (finger/toe nail clippings) | Ruddy, Miguel | 20160111193 | 3/8/2024 | Yes | 202401953 |
| 2/26/2024 | 27 | VANELLIS, JANAI | Division 9 | 152 - Laundry (bedding/blankets) | Ruddy, Miguel | 20160111193 | 3/8/2024 | Yes | 202402369 |
| 3/27/2024 | 28 | VANELLIS, JANAI | Division 9 | 345 – Tablet (Misc.) | Ruddy, Miguel | 20160111193 | 4/19/2024 | Yes | 202404036 |
| 4/25/2024 | 29 | VANELLIS, JANAI | Division 9 | 200 - Medical Treatment | Ruddy, Miguel | 20160111193 | 5/20/2024 | Yes | 202405258 |
| 5/13/2024 | 30 | WILLIAMS, ALEXIA | Division 9 | 072 - Facility Repair (plumbing) | Ruddy, Miguel | 20160111193 | 5/22/2024 | Yes | 202405889 |
| 6/20/2024 | 31 | VANELLIS, JANAI | Division 9 | 020 - Barbershop Beauty Shop | Ruddy, Miguel | 20160111193 | 7/9/2024 | Yes | 202407617 |
| 6/20/2024 | 32 | VANELLIS, JANAI | Division 9 | 151 - Laundry (personal items) | Ruddy, Miguel | 20160111193 | 7/9/2024 | Yes | 202407618 |
| 7/19/2024 | 33 | VANELLIS, JANAI | Division 9 | 045 - Commissary Refund - Missing Item(s) | Ruddy, Miguel | 20160111193 | 8/7/2024 | No | 202409042 |
| 8/21/2024 | 34 | VANELLIS, JANAI | Division 9 | 184 - HSRF submission issues | Ruddy, Miguel | 20160111193 | 9/19/2024 | Yes | 202410722 |
| 8/21/2024 | 35 | VANELLIS, JANAI | Division 9 | 346 – Tablet (Functionality) | Ruddy, Miguel | 20160111193 | 9/19/2024 | Yes | 202410781 |
| 9/25/2024 | 36 | VANELLIS, JANAI | Division 9 | 020 - Barbershop Beauty Shop | Ruddy, Miguel | 20160111193 | 10/10/2024 | Yes | 202412254 |

List of Grievances by CL Received from 1/1/2023 to 1/10/2025

| CL Received Date | Row # | CL Name | Place Of Incident | Grievance Code Issue | IIC Name | IIC Booking # | IIC Received Response Date | Grievance Appealed | Grievance # |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/2024 | 37 | VANELLIS, JANAI | Division 9 | 152 - Laundry (bedding/blankets) | Ruddy, Miguel | 20160111193 | 10/18/2024 | Yes | 202412587 |
| 10/2/2024 | 38 | VANELLIS, JANAI | Division 9 | 260 - Misconduct (physical) by SWORN Staff | Ruddy, Miguel | 20160111193 | 10/3/2024 | Yes | 202412366 |
| 10/24/2024 | 39 | VANELLIS, JANAI | Division 9 | 375 - Visitation ( Virtual ) | Ruddy, Miguel | 20160111193 | 11/14/2024 | Yes | 202413575 |

4

ATTACHMENT B

## LOG SHEET

(*) NO NAIL CLIPPERS PROVIDED

| LAUNDRY (CLOTHING) | BLANKET EXCHANGE | BARBERSHOP |
|---|---|---|
| 09-14-21  10-13-22  11-14-24 | 09-19-21 | 09-28-21  07-18-23 |
| 09-23-21  11-02-22  12-23-24 | 12-02-21 | 10-26-21  08-25-23 (COURT CUT) |
| 10-01-21  11-10-22 (REFUSED)  01-04-25 | 03-10-22 | 11-16-21  10-07-23 |
| 10-14-21  11-28-22  01-14-25 | 07-27-22 | 11-17-21  10-13-23 (COURT ORDER) |
| 10-28-21  12-09-22  01-23-25 | 09-15-22 | 12-08-21  11-03-23 |
| 11-01-21  03-18-23 | 11-10-22 | 12-2?-21  11-19-23 * |
| 11-07-21  03-29-23 | 12-09-22 | 01-19-22  12-23-23 (COURT ORDER) |
| 11-11-21  04-05-23 | 01-11-23 | 02-21-22  12-27-23 |
| 11-18-21  04-19-23 | 02-08-23 | 03-11-22  01-13-24 * |
| 11-30-21  05-10-23 | 03-18-23 | 03-25-22  02-13-24 * |
| 12-07-21  05-24-23 | 04-15-23 | 04-14-22  03-05-24 |
| N/A?  06-07-23 (REFUSED) | 05-06-23 | 05-02-22  03-23-24 |
| 01-27-22  06-14-23 | 06-10-23 | 06-08-22  04-01-24 |
| 03-08-22  06-21-23 | 10-08-23 | N/A?  05-15-24 |
| 04-05-22  06-28-23 | 11-10-23 | 08-03-22  05-29-24 * |
| 04-26-22  07-12-23 | 12-06-23 | 08-24-22  06-14-24 * |
| 05-10-22  09-30-23 | 12-10-23 | 09-07-22  07-18-24 |
| 06-02-22  10-18-23 | 01-14-24 | 10-07-22  08-07-24 |
| 08-04-22 (REFUSED) | 02-25-24 | 11-07-22  08-19-24 * |
| 08-15-22  10-28-23 | 04-11-24 | 12-06-22  09-19-24 * |
| 08-23-22  11-22-23 | 04-28-24 | 02-06-23  10-01-24 (ABSENT) |
| 08-30-22  09-05-24 | N/A? | 03-27-23  10-31-24 |
| 09-10-22  09-12-24 | 09-04-24 | 04-25-23  11-12-24 * |
| 09-22-22  09-27-24 | 09-18-24 | 05-30-23 (COURT CUT)  12-04-24 |
| 10-05-22  10-10-24 | | 07-05-23  12-16-24 * |

| | |
|---|---|
| | (*) NO NAIL CLIPPERS PROVIDED |
| | BARBERSHOP |
| | 01-16-23 |
| | (COURT CUT) |
| | 01-27-25* |

2

ATTACHMENT C

LAUNDRY

## LOG SHEET (EVENTS)

2-17-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
2-24-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
3-03-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
3-10-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
3-24-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
3-31-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
4-28-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
6-02-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
6-19-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
7-03-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
7-07-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
7-14-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
8-07-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
8-18-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
9-04-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
9-18-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
10-02-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
10-16-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
10-20-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
10-23-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
11-03-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
11-13-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
11-27-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
12-01-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
12-11-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
12-15-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)

1

# LAUNDRY

## LOG SHEET (EVENTS)

02-22-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
02-25-22 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
02-29-22 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
01-05-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
01-08-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
01-12-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY (LAUNDRY)
01-19-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
01-22-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
01-26-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY. (LAUNDRY)
01-29-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
02-05-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY. (LAUNDRY)
02-09-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY (LAUNDRY)
02-12-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
02-19-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
03-02-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
03-05-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
03-09-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY
03-16-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
04-06-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
04-23-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
04-27-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
05-10-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
05-11-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
05-18-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
05-21-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

2

<u>LAUNDRY</u>

## LOG SHEET (EVENTS)

05-24-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.

05-25-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

06-04-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

06-07-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.

06-15-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

06-18-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

06-21-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.

06-22-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

06-29-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

07-05-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.

07-06-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

07-09-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

07-13-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.*

07-19-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.

07-20-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY

07-23-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

07-27-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

07-30-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

08-03-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

08-09-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.

08-10-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

08-17-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

08-20-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

08-23-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.

09-03-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

09-07-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.

(LAUNDRY)

09-10-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
9-17-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
9-21-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
9-24-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
9-28-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
?-05-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
?-08-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
?-12-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.ˣ
?-19-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
?-22-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
?-26-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.ˣ
?-29-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.ˣ
1-08-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
1-09-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
1-12-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
1-15-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
1-16-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
1-26-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
1-29-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
1-30-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
2-03-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
2-07-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
2-10-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
2-17-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
2-20-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
2-21-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
2-24-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

4

2-27-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
2-28-23 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
12-31-23 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
1-04-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
1-11-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
1-17-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
1-18-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
1-21-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
1-24-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
1-25-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
1-28-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
1-31-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
02-01-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
02-07-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
02-08-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
02-14-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
2-15-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
02-17-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SATURDAY OR SUN.
02-22-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THURSDAY.
02-24-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SATURDAY OR SUN.
02-29-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
03-09-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
03-17-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
03-28-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
03-31-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SATURDAY OR SAT.
04-06-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
04-07-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.

04-13-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
04-20-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
04-21-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
04-27-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
04-28-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
05-01-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
05-04-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
05-05-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON SUNDAY.
05-11-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
05-18-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
05-22-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
05-25-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
06-02-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
06-08-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
06-12-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
06-15-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
06-19-24 UNIFORMS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON WEDNESDAY.
06-22-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
06-29-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
07-13-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
07-20-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
07-27-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
08-17-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.
08-24-24 LINENS WERE NOT PROVIDED FOR EXCHANGE AS SCHEDULED ON THUR OR SAT.

Name: MIGUEL RUDDY
ID#: 2016-0111193
Div.: 9    Tier: 2D
P.O. Box 089002
Chicago, IL 60608



03/19/2025-3

RECEIVED
MAR 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PRISONER CORRESPONDENT
UNITED STATES DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

LEGAL MAIL

