

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

MIGUEL RUDDY (2016-0111193)

PLAINTIFF,

v.

SUP'T COBBLE, SUP'T ROCCO, SUP'T IRACHETA, SUP'T MARTINEZ

DEFENDENTS,

CASE NO. 22-CV-07183

JUDGE M. DAVID WEISMAN

FILED
MAR 21 2025 LJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

PURSUANT TO RULE 34 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF REQUESTS THAT DEFENDENTS MATTHEW COBBLE, LEONARD ROCCO JR, ESEQUIEL IRACHETA, ALBERT MARTINEZ PRODUCE FOR INSPECTION & COPYING THE FOLLOWING DOCUMENTS:

1. COOK COUNTY DEPARTMENT OF CORRECTIONS CUSTODY MANUAL: MISSION, CODE OF ETHICS, POLICY 100, POLICY 101, POLICY 111, POLICY 112, POLICY 118, POLICY 119, POLICY 120, POLICY 121, POLICY 122, POLICY 134, POLICY 141, POLICY 146, POLICY 149, POLICY 163, POLICY 171, POLICY 172, POLICY 173, POLICY 203, POLICY 303, POLICY 304, POLICY 305, POLICY 306, POLICY 307, POLICY 309, POLICY 312, POLICY 313, POLICY 501, POLICY 703, POLICY 713, POLICY 715, POLICY 802, POLICY 804, POLICY 805, POLICY 806, POLICY 808, POLICY 1000, POLICY 1001, POLICY 1002, POLICY 1003, POLICY 1004, POLICY 1005, POLICY 1006, POLICY 1007, POLICY 1102, POLICY 1102, POLICY 1103, POLICY 1107, POLICY 1200, POLICY 1201, POLICY 1202, POLICY 1204,

POLICY 1205, POLICY 1302, POLICY 1602, POLICY 1604, POLICY 1605.

2. COOK COUNTY DEPARTMENT OF CORRECTIONS PROCEDURES MANUAL: PROCEDURE 121, PROCEDURE 123, PROCEDURE 124, PROCEDURE 125, PROCEDURE 133, PROCEDURE 135, PROCEDURE 300, PROCEDURE 700, PROCEDURE 701, PROCEDURE 702, PROCEDURE 900, PROCEDURE 902, PROCEDURE 903, PROCEDURE 904, PROCEDURE 905, PROCEDURE 1101, PROCEDURE 1301, PROCEDURE 1302, PROCEDURE 1303, PROCEDURE 1304, PROCEDURE 1305, PROCEDURE 1307, PROCEDURE 1310, ATTACHMENT 64.5.44.0, ATTACHMENT 64.5.45.0.

MIGUEL RUDDY  
#2016-0111193  
2700 S. CALIFORNIA  
CHICAGO, IL 60608  

RESPECTFULLY SUBMITTED,

*Miguel Ruddy*  
03-07-25

## CERTIFICATE OF SERVICE

I, MIGUEL RUDDY, HEREBY CERTIFY THAT I HAVE CAUSED TRUE & CORRECT COPIES OF THE ABOVE & FOREGOING TO BE SERVED ON DEFENDANTS ON MARCH 12TH, 2025 VIA FIRST CLASS U.S. MAILING TO THE ADDRESS BELOW:

MARK KUMMERER
ASSISTANT STATE'S ATTORNEY
500 RICHARD J. DALEY CENTER
CHICAGO, IL 60602
mark.kummerer@cookcountysao.org
(312) 603-5439

*Miguel Ruddy*
MIGUEL RUDDY
03-12-25

Name: MIGUEL RUDDY
ID#: 2016·0111193
Div.: 9    Tier: 9D
P.O. Box 089002
Chicago, IL 60608





RECEIVED
MAR 21 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


03/21/2025-2

PRISONER CORRESPONDENT
UNITED STATES DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

**LEGAL MAIL**